# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# INITIAL APPEARANCE

CASE NO.: MJ-07-00013-001　　　　　　　　　　DATE: June 15, 2007

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Kim R. Walmsley　　　　　　　　Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez　Electronically Recorded: 1:39:12 - 1:42:24
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　2:05:48 - 2:11:00
CSO: D. Quinata / J. Lizama

**APPEARANCES:**

Defendant: Louis J. Pearlman　　　　　　　Attorney: Richard Arens
☑ Present ☐ Custody ☐ Bond ☐ P.R.　　　☑ Present ☐ Retained ☑ FPD ☐ CJA
U.S. Attorney: Marivic P. David　　　　　U.S. Agent: Bill Kline - F.B.I.
U.S. Probation: Carleen Borja　　　　　　U.S. Marshal: D. Punzalan / T. Muna
Interpreter:　　　　　　　　　　　　　　　Language:

**PROCEEDINGS: Initial Appearance re Petition for Writ of Removal**
- Court instructed parties to brief the issue regarding appointment of counsel for the defendant.
- Briefs due from parties by: June 18, 2007 at 10:00 a.m.
- Proceedings continued to: June 18, 2007 at 2:00 p.m.
- Defendant remanded to the custody of the U.S. Marshals Service for: Detention

NOTES: