**IN THE DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**
**CRIMINAL MINUTES**
**INITIAL APPEARANCE**

CASE NO.: MJ-07-00013-001               DATE: June 18, 2007

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Jennifer Moton               Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez    Electronically Recorded: 2:28:46 - 3:56:40
(2:46:41 - 3:05:18 in-camera/sealed portion)
CSO: L. Ogo / P. Taijeron

**APPEARANCES:**

Defendant:   Louis J. Pearlman                Attorney:   Richard Arens
   Present   Custody   Bond   P.R.                Present   Retained   FPD   CJA

U.S. Attorney: Marivic P. David          U.S. Agent: Bill Cline, F.B.I. / David Smith, F.B.I.
U.S. Probation: Carleen Borja            U.S. Marshal: V. Roman / G. Perez
Interpreter:                             Language:

**PROCEEDINGS: Continued Initial Appearance re Petition for Writ of Removal**
- Financial Affidavit reviewed in-camera and accepted: <u>Federal Public Defender</u> appointed to represent the defendant.
- Court ordered that any record regarding the in-camera proceeding remain sealed.
- Defendant arraigned and advised of his rights, charges and penalties.
- Identity Hearing <u>waived</u>.
- Court instructed deputy U.S. Marshal Roman to speak with Department of Correction officials regarding the defendant's medical needs.
- Defendant remanded to the custody of the U.S. Marshals Service on Guam for removal to the Middle District of Florida.

NOTES: