FILED

DISTRICT COURT OF GUAM

JUN 20 2007 

MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>     vs.<br><br>**LOUIS J. PEARLMAN,**<br><br>        Defendant. | **MAGISTRATE CASE NO. 07-00013-001**<br><br>**APPOINTMENT ORDER** |

IT IS HEREBY ORDERED that the **FEDERAL PUBLIC DEFENDER** is appointed to represent the defendant in the above-entitled case *nunc pro tunc* to June 15, 2007.

Dated this 18th day of June, 2007.

**FRANCES M TYDINGCO-GATEWOOD**
**CHIEF JUDGE**
**DISTRICT COURT OF GUAM**