JOHN T. GORMAN
Federal Public Defender
District of Guam

RICHARD P. ARENS
Assistant Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone:     (671) 472-7111
Facsimile:     (671) 472-7120

Attorney for Defendant
LOUIS J. PEARLMAN

**FILED**
DISTRICT COURT OF GUAM
JUN 2 0 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MJ-07-00013 |
| | ) | |
| Plaintiff, | ) | WAIVER OF PRELIMINARY HEARING; |
| | ) | CERTIFICATE OF SERVICE |
| vs. | ) | |
| | ) | |
| LOUIS J. PEARLMAN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## WAIVER OF PRELIMINARY HEARING

Defendant, LOUIS J. PEARLMAN, by and through undersigned counsel, Richard

P. Arens, Assistant Federal Public Defender, waives a preliminary hearing in the District of Guam,

but elects to have the preliminary hearing conducted within ten days from his arrival in the Middle

District of Florida per Federal Rules of Criminal Procedure 5(c)(3)(C) and 5.1(a).

DATED: Mongmong, Guam, June 20, 2007.

LOUIS J. PEARLMAN
Defendant

2

## CERTIFICATE OF SERVICE

I, RENATE A. DOEHL, hereby certify that a true and exact copy of the foregoing

document was filed with U.S. District Court and electronically served by the U.S. District Court

Clerk's Office to the following on June 20, 2007:

        MARIVIC P. DAVID
        Assistant United States Attorney
        Sirena Plaza
        108 Hernan Cortez, Ste. 500
        Hagatna, Guam   96910

        Attorney for Plaintiff
        UNITED STATES OF AMERICA

DATED: Mongmong, Guam, June 20, 2007.

                           RENATE A. DOEHL
                           Legal Secretary to

                           RICHARD P. ARENS
                           Attorney for Defendant
                           LOUIS J. PEARLMAN