LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza.
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> LOUIS J. PEARLMAN, <br><br> Defendant. | MAGISTRATE CASE NO. 07-00013 <br><br> **ORDER** <br> **Re: Waiver of Identity** |

LOUIS J. PEARLMAN, having been arrested in the District of Guam on a Warrant of Arrest issued pursuant to an Order, and having waived identity, LOUIS J. PEARLMAN, is committed to the U.S. Marshal's Office for the District of Guam for Removal to the Middle District of Florida and there deliver him to the U.S. Marshal for the Middle District of Florida or to some other officer authorized to receive him.

**SO ORDERED** this 18th day of June, 2007.

Frances M. Tydingco-Gatewood
Chief Judge
District Court of Guam

ORIGINAL