LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza.
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
JUN 2 0 2007
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | MAGISTRATE CASE NO. 07-00013 |
| Plaintiff, | |
| vs. | **WARRANT OF REMOVAL** |
| LOUIS J. PEARLMAN, | |
| Defendant. | |

TO: U.S. MARSHAL
   District of Guam

A Criminal Complaint for defendant, LOUIS J. PEARLMAN, having been filed in the United States District Court for the Middle District of Florida, Magistrate Case No. 07-MJ-1079, charging LOUIS J. PEARLMAN, with Bank Fraud, and a Warrant for Arrest having issued for his arrest, and

Said LOUIS J. PEARLMAN, having been arrested in this District on a warrant of arrest issued pursuant to the above criminal complaint, admitted identity, and to being held to answer in the Middle District of Florida, LOUIS J. PEARLMAN is committed to your custody pending removal to the Middle District of Florida;

//
//
//

-1-

ORIGINAL

You are therefore commanded to remove LOUIS J. PEARLMAN forthwith to the Middle District of Florida and there deliver him to the United States Marshal for that District or to some other officer authorized to received him.

DATED this 18th day of June, 2007.

*Frances M. Tydingco-Gatewood*
Chief Judge
District Court of Guam